**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an
  amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Moses, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FKA  Moses Anshell, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **86-0440944** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**Mailing address, if different from principal place of business**

**106 East Buchanan Street**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

**PO Box 20248**
**Phoenix, AZ 85036**
P.O. Box, Number, Street, City, State & ZIP Code

**Maricopa**
County

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.   Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5418__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 26, 2016**
MM / DD / YYYY

**X** **/s/ Tom Guilfoy**                          **Tom Guilfoy**
Signature of authorized representative of debtor        Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Christopher C Simpson**          Date **August 26, 2016**
Signature of attorney for debtor                      MM / DD / YYYY

**Christopher C Simpson**
Printed name

**Stinson Leonard Street LLP**
Firm name

**1850 N Central Ave #2100**
**Phoenix, AZ 85004-4584**
Number, Street, City, State & ZIP Code

Contact phone   **602-279-1600**      Email address   **anne.finch@stinsonleonard.com**

**018626**
Bar number and State

Case 2:16-bk-09889-BMW    Doc 1    Filed 08/26/16    Entered 08/26/16 16:36:46    Desc
Main Document    Page 4 of 73

**Fill in this information to identify the case:**

Debtor name    **Moses, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 26, 2016**      *X* **/s/ Tom Guilfoy**
                                         Signature of individual signing on behalf of debtor

                                         **Tom Guilfoy**
                                         Printed name

                                         **Chief Restructuring Officer**
                                         Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor name | **Moses, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Google, Inc. 1600 Amphitheatre Pkwy Mountain View, CA 94043 | | Trade debt. | Unliquidated Disputed | | | $2,803,858.83 |
| Montecito Ventures, LLC 6030 E. Calle Camelia Scottsdale, AZ 85251 | | Office furniture, fixtures, equipment, collectibles and other personal property. | | $1,030,000.00 | $137,454.00 | $892,546.00 |
| Regent University 1000 Regent University Dr. Virginia Beach, VA 23464 | | Media credits owed | Unliquidated Disputed | | | $500,057.42 |
| Double Positive Marketing Group 1111 Light St. Ste. 350 Baltimore, MD 21230 | | Trade debt | | | | $234,091.05 |
| All Points Media 10140 SW Allen Blvd., Ste. A Beaverton, OR 97005 | | Trade debt | | | | $83,000.00 |
| Total Traffic, Phoenix 2302 W. Durango St. Phoenix, AZ 85009 | | Trade debt | | | | $73,156.21 |
| First Things First 4000 N. Central Ave., #800 Phoenix, AZ 85012 | | Media credits owed | | | | $62,808.91 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| News America Marketing 1185 Avenue of the Americas 27th Floor New York, NY 10036 | | Trade debt | | | | $56,368.20 |
| Pandora 2100 Franklin St., Ste. 700 Oakland, CA 94612 | | Trade debt | | | | $51,140.06 |
| Arizona Dept. of Health Services 150 N. 18th Avenue Phoenix, AZ 85007 | | Media credits owed | | | | $48,765.95 |
| Clear Channel Outdoor Phoenix 2325 E. Camelback Rd., #400 Phoenix, AZ 85016 | | Trade debt | | | | $38,617.24 |
| Marketo, Inc. 901 Mariners Island Blvd. Ste. 500 San Mateo, CA 94404 | | Trade debt | | | | $35,819.71 |
| Outfront Media 405 Lexington Ave. New York, NY 10174 | | Trade debt | | | | $34,955.61 |
| Citizens Clean Elections Commission 1616 W. Adams St., #110 Phoenix, AZ 85007 | | Media credits owed | | | | $33,202.60 |
| KTVW 6006 S. 30th St. Phoenix, AZ 85042 | | Trade debt | | | | $29,070.00 |
| Advision Outdoors 1120 N. Anita Ave. Tucson, AZ 85705 | | Trade debt | | | | $26,711.75 |
| KZZP FM, Phoenix 4686 E. Van Buren, Ste. 300 Phoenix, AZ 85008 | | Trade debt | | | | $26,519.47 |
| Americopy 856 E. Main St. Mesa, AZ 85203 | | Trade debt | | | | $26,492.18 |
| Sparkroom 115 W. Century Rd. Ste. 280 Paramus, NJ 07652 | | Trade debt | | | | $25,489.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **KESZ FM Phoenix 4686 E. Vanburen Phoenix, AZ 85008** | | **Trade debt** | | | | $21,623.38 |

**Fill in this information to identify the case:**

Debtor name **Moses, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

---

**Part 1:  Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................. $     0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................ $     1,220,466.04

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................. $     1,220,466.04

---

**Part 2:  Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     1,030,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $     6,230.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$     4,694,610.29

4. **Total liabilities** .................................................................................
   Lines 2 + 3a + 3b     $     5,730,840.29

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Moses, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF ARIZONA

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **BMO** | **General Account** | 4737 | $446,292.33 |
| 3.2. | **BMO** | **Payroll Account** | 4745 | $61,408.51 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $507,700.84 |
|---|

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Utility deposit with APS** | $4,105.00 |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Jackson Street, LLC, lessor.** | **$8,540.00** |

---

| 9. | **Total of Part 2.** | **$12,645.00** |
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** |

| 11a. 90 days old or less: | **1,666,657.00** | - | **1,218,231.00** | = .... | **$448,426.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **498,409.00** | - | **459,138.00** | =.... | **$39,271.00** |
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$487,697.00** |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

| 39. | **Office furniture** |

Case 2:16-bk-09889-BMW    Doc 1    Filed 08/26/16    Entered 08/26/16 16:36:46    Desc
Main Document        Page 11 of 73

**Office furniture - depreciation schedule available.**     Unknown     Depreciated     $2,954.00

| 40. | **Office fixtures** | | |
| --- | --- | --- | --- |
| | Office fixtures | Unknown | Unknown |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| --- | --- | --- | --- |
| | Office equipment | Unknown | Replacement | $34,500.00 |

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1.  **Awards**          Unknown          $100,000.00

43.  **Total of Part 7.**                                  **$137,454.00**

Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:       Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2014 Jeep** | $14,000.00 | Book | $12,103.98 |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**                                  **$12,103.98**

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No

■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.

    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. **Office space**<br>**106 E. Buchanan**<br>**Street**<br>**Phoenix, Arizona**<br>**85004** | **Lease** | **Unknown** | | **Unknown** |
| 55.2. **Office space**<br>**20 West Jackson**<br>**Street**<br>**Phoenix, Arizona**<br>**85003** | **Lease** | **Unknown** | | **Unknown** |

56.    **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

                                                                                             **$0.00**

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

    ■ No

    ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

    ■ No

    ☐ Yes

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.

    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

| 71. | Notes receivable |
|---|---|

Description (include name of obligor)

| **Owed to Moses, Inc. by Louie Moses** | 62,865.22 | - | 0.00 | = | $62,865.22 |
|---|---|---|---|---|---|
|  | Total face amount |  | doubtful or uncollectible amount |  |  |

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|---|---|

Description (for example, federal, state, local)

| 73. | **Interests in insurance policies or annuities** |
|---|---|

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
|---|---|

| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
|---|---|

| 76. | **Trusts, equitable or future interests in property** |
|---|---|

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |
|---|---|

| 78. | **Total of Part 11.** | $62,865.22 |
|---|---|---|

Add lines 71 through 77. Copy the total to line 90.

| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |
|---|---|

■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $507,700.84 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $12,645.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $487,697.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $137,454.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,103.98 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $62,865.22 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,220,466.04 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,220,466.04 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor name **Moses, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Montecito Ventures, LLC**<br>Creditor's Name<br><br>**6030 E. Calle Camelia**<br>**Scottsdale, AZ 85251**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Office furniture, fixtures, equipment,**<br>**collectibles and other personal property.**<br><br>Describe the lien<br>**Promissory Note**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes | **$1,030,000.00** | **$137,454.00** |

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$1,030,000.00**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|

Debtor name    **Moses, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Chris Fiscus**<br>**5526 S. Jolly Roger**<br>**Tempe, AZ 85283** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $730.00 | $730.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Jodi Elle**<br>**1950 E. Los Alamos**<br>**Gilbert, AZ 85296** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,500.00 | $5,500.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Accrued PTO** |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                              **Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,392.00 |
|-----|--|--|--|

**AdSwerve**
**10875 Dover St., #900**
**Westminster, CO 80021**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|-----|--|--|--|

**Advantage Pest Control**
**1475 E. Bruce Ave**
**Gilbert, AZ 85234**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,711.75 |
|-----|--|--|--|

**Advision Outdoors**
**1120 N. Anita Ave.**
**Tucson, AZ 85705**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,500.00 |
|-----|--|--|--|

**Affinio, Inc.**
**60C Otter Lake Court, Bayers Lake**
**Halifax, Nova Scotia B3S 1L9**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $83,000.00 |
|-----|--|--|--|

**All Points Media**
**10140 SW Allen Blvd., Ste. A**
**Beaverton, OR 97005**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,640.00 |
|-----|--|--|--|

**AlphaMedia**
**4144 N. Central Expressway, #600**
**Dallas, TX 75204**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|-----|--|--|--|

**American Express**
**200 Vesey St.**
**New York, NY 10007**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,725.00 |
|---|---|---|---|

**American Outdoor**
1702 E. Highland Ave., #304
Phoenix, AZ 85016

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,492.18 |
|---|---|---|---|

**Americopy**
856 E. Main St.
Mesa, AZ 85203

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54.30 |
|---|---|---|---|

**Aqua Chill, Inc. 4**
1320 S. Priest Dr.
Ste. 106
Tempe, AZ 85281

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $605.33 |
|---|---|---|---|

**Arizona Assoc. of Realtors**
255 E. Osborn Rd., #200
Phoenix, AZ 85012

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.96 |
|---|---|---|---|

**Arizona Dept of Transportation**
PO Box 2100
MD 555M
Phoenix, AZ 85001

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.13 |
|---|---|---|---|

**Arizona Dept. of Education**
3300 N. Central Ave.
Phoenix, AZ 85012

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,765.95 |
|---|---|---|---|

**Arizona Dept. of Health Services**
150 N. 18th Avenue
Phoenix, AZ 85007

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,070.59 |
|---|---|---|---|

**Arizona Dept. of Health Services - HPV**
150 N. 18th Avenue
Phoenix, AZ 85007

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Media credits owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,775.00 |
|---|---|---|---|

**Arizona Grand**
8000 S. Arizona Grand Pkwy.
Phoenix, AZ 85044

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Media credits owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $490.00 |
|---|---|---|---|

**Arizona Informant**
1301 E. Washington St.
Phoenix, AZ 85034

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,933.69 |
|---|---|---|---|

**Arizona Office of Tourism**
1110 W. Washington St., #155
Phoenix, AZ 85007

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Media credits owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.01 |
|---|---|---|---|

**Arizona Ready**
500 C St., SW
Suite 714
Washington, DC 20472

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Media credits owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $780.23 |
|---|---|---|---|

**Arizona Secretary of State**
1700 W. Washington St., Fl. 7
Phoenix, AZ 85007-2808

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Media credits owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $118.34 |
|---|---|---|---|

**AT&T Mobility**
11760 US Highway 1
Ste. 600
North Palm Beach, FL 33408

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,970.00 |
|---|---|---|---|

**Audio Engine**
6500 River Place Blvd., Ste. 250
Austin, TX 78730

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31.45 |
|---|---|---|---|

**Bank of America**
**Business Card**
PO Box 851001
Dallas, TX 75285-1001

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Credit card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barclays Mastercard**
PO Box 8801
Wilmington, DE 19899-8801

Date(s) debt was incurred _
Last 4 digits of account number  **0386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Bear Street Studios**
9417 Cartersville Ct.
Raleigh, NC 27617

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,875.00 |
|---|---|---|---|

**Becker Boards**
4350 E. Camelback Rd., #B-195
Phoenix, AZ 85018

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $174.15 |
|---|---|---|---|

**Boompromo**
1001 E. Warner Rd.
Tempe, AZ 85284

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Card Services/US Airways**
PO Box 60517
City of Industry, CA 91716-0517

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit card**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,235.85** |
|------|---|---|---|
| | **Cenpatico** | ☐ Contingent | |
| | **1501 W. Fountainhead Pkwy., #360** | ☐ Unliquidated | |
| | **Tempe, AZ 85282** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Media credits owed** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$77.13** |
|------|---|---|---|
| | **Central Arizona Dental Society** | ☐ Contingent | |
| | **2300 N. Central Ave.** | ☐ Unliquidated | |
| | **Phoenix, AZ 85012** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Media credits owed** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|---|---|---|
| | **Chase** | ☐ Contingent | |
| | **PO Box 94014** | ☐ Unliquidated | |
| | **Palatine, IL 60094-4014** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Credit card** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,202.60** |
|------|---|---|---|
| | **Citizens Clean Elections Commission** | ☐ Contingent | |
| | **1616 W. Adams St., #110** | ☐ Unliquidated | |
| | **Phoenix, AZ 85007** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Media credits owed** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$96.00** |
|------|---|---|---|
| | **City of Phoenix** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,617.24** |
|------|---|---|---|
| | **Clear Channel Outdoor Phoenix** | ☐ Contingent | |
| | **2325 E. Camelback Rd., #400** | ☐ Unliquidated | |
| | **Phoenix, AZ 85016** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,565.60** |
|------|---|---|---|
| | **Cloud Software, LLC** | ☐ Contingent | |
| | **1155 W. Rio Salado Pkwy** | ☐ Unliquidated | |
| | **Ste. 104** | ☐ Disputed | |
| | **Tempe, AZ 85281** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $995.00 |
| --- | --- | --- | --- |
| | **College Times**<br>**1620 W. Fountainhead Pkwy, #219**<br>**Tempe, AZ 85282** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,760.00 |
| --- | --- | --- | --- |
| | **CopperPoint Mutual Insurance Company**<br>**3030 N. 3rd St.**<br>**Phoenix, AZ 85012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,115.41 |
| --- | --- | --- | --- |
| | **Cox Communications Phoenix**<br>**PO Box 53249**<br>**Phoenix, AZ 85072-3249** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,110.00 |
| --- | --- | --- | --- |
| | **Creative Circle, LLC**<br>**1 E. Washington**<br>**Ste. 500**<br>**Phoenix, AZ 85004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $650.00 |
| --- | --- | --- | --- |
| | **Del Outdoor Advertising**<br>**1702 S. Arizona Ave.**<br>**Yuma, AZ 85364** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $234,091.05 |
| --- | --- | --- | --- |
| | **Double Positive Marketing Group**<br>**1111 Light St.**<br>**Ste. 350**<br>**Baltimore, MD 21230** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,214.39 |
| --- | --- | --- | --- |
| | **Eberle Design, Inc.**<br>**3510 E. Atlanta Ave.**<br>**Phoenix, AZ 85040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Media credits owed__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.39 |
|---|---|---|---|

**Edward Thomas Hospitality Group**
9950 Santa Monica Blvd.
Beverly Hills, CA 90212

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**Extreme Reach**
75 2nd Ave., Ste. 720
Needham Heights, MA 02494

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73.41 |
|---|---|---|---|

**FedEx**
7900 Legacy Dr.
Plano, TX 75024

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $62,808.91 |
|---|---|---|---|

**First Things First**
4000 N. Central Ave., #800
Phoenix, AZ 85012

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,657.60 |
|---|---|---|---|

**Gila River Displays**
5350 N. 48th St., #210
Chandler, AZ 85226

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,803,858.83 |
|---|---|---|---|

**Google, Inc.**
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade debt.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.03 |
|---|---|---|---|

**Grand Canyon University**
3300 W. Camelback Rd.
Phoenix, AZ 85017

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

Case 2:16-bk-09889-BMW    Doc 1    Filed 08/26/16    Entered 08/26/16 16:36:46    Desc
Main Document    Page 24 of 73

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,750.00** |
|------|------|------|------|

**Grindr, LLC**
**Red Building, Suite R1400**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$660.97** |
|------|------|------|------|

**Huddled Masses, LLC**
**79 Madison Ave., 2nd Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,375.00** |
|------|------|------|------|

**Instep Marketing, Inc.**
**32 Broadway**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,960.00** |
|------|------|------|------|

**Jones Outdoor Advertising**
**10657 E. Nogales**
**Tucson, AZ 85747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,463.44** |
|------|------|------|------|

**KAFF FM**
**1117 W. Route 66**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,550.00** |
|------|------|------|------|

**KASW CW6 Phoenix**
**5555 N. 7th Ave.**
**Phoenix, AZ 85013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,632.00** |
|------|------|------|------|

**KCEC FM Yuma**
**1440 E. Washington St.**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade debt_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,749.50** |
|------|------|------|------|

**KCMT FM Tucson**
**3871 N. Commerce Dr.**
**Tucson, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$892.50** |
|------|------|------|------|

**KECY/NECY TV**
**1965 S. 4th Ave.**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,530.00** |
|------|------|------|------|

**KESE TV**
**1965 S. 4th AVe.**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,623.38** |
|------|------|------|------|

**KESZ FM Phoenix**
**4686 E. Vanburen**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,825.00** |
|------|------|------|------|

**KFMA FM Phoenix**
**3871 N. Commerce Dr.**
**Tucson, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$428.49** |
|------|------|------|------|

**KFSZ FM**
**1117 W. Route 66**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,242.40** |
|------|------|------|------|

**KFYI AM, Phoenix**
**4686 E. Van Buren**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,502.50 |
| --- | --- | --- | --- |

**KGUN TV Tucson**
**7280 E. Rosewood St.**
**Tucson, AZ 85710**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,510.41 |
| --- | --- | --- | --- |

**KHOT FM**
**3102 Oak Lawn Ave., Ste. 215**
**Dallas, TX 75219**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,225.00 |
| --- | --- | --- | --- |

**KHRR TV Tucson**
**5151 E. Broadway Blvd., Ste. 650**
**Tucson, AZ 85711-3783**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,463.00 |
| --- | --- | --- | --- |

**KIIM FM**
**575 W. Roger Rd.**
**Tucson, AZ 85705**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,115.55 |
| --- | --- | --- | --- |

**KKFR FM Phoenix**
**4745 N. 7th St., Ste. 410**
**Centerville, UT 84014**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.50 |
| --- | --- | --- | --- |

**Klimate King**
**11713 W. Thunderbird Rd.**
**El Mirage, AZ 85335**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $989.40 |
| --- | --- | --- | --- |

**KLJZ FM Yuma**
**949 S. Avenue B**
**Yuma, AZ 85364**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,168.05** |
|------|------|------|------|
| | **KLNZ FM Phoenix**<br>**501 N 44th St., Ste. 125**<br>**Phoenix, AZ 85008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$642.73** |
|------|------|------|------|
| | **KMGN FM Flagstaff**<br>**1117 W. Route 66**<br>**Flagstaff, AZ 86001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$701.25** |
|------|------|------|------|
| | **KMIY**<br>**3202 N. Oracle Rd.**<br>**Tucson, AZ 85705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,786.42** |
|------|------|------|------|
| | **KMLE FM, Phoenix**<br>**840 N. Central Ave.**<br>**Phoenix, AZ 85004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,635.00** |
|------|------|------|------|
| | **KMSB TV Tucson**<br>**7831 N. Business Park Dr.**<br>**Tucson, AZ 85743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,467.63** |
|------|------|------|------|
| | **KMVA FM Online**<br>**4745 N. 7th St., Ste. 410**<br>**Phoenix, AZ 85014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,117.78** |
|------|------|------|------|
| | **KMXP FM Phoenix**<br>**4686 E. Van Buren**<br>**Phoenix, AZ 85008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade debt__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Case 2:16-bk-09889-BMW    Doc 1    Filed 08/26/16    Entered 08/26/16 16:36:46    Desc
Main Document     Page 28 of 73

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,177.75** |

**KMXZ FM Tucson**
**7280 E. Rosewood St.**
**Tucson, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,267.30** |

**KNIX FM, Phoenix**
**4686 E. Van Buren, #300**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,969.63** |

**KNXV TV Phoenix**
**515 N 44th St.**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,377.00** |

**KOFH FM**
**934 N. Bejarano St.**
**Nogales, AZ 85621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,617.25** |

**KOHT FM Tucson**
**3202 N. Oracle Rd.**
**Tucson, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,187.50** |

**KOLD Tucson**
**7831 N. Business Park Dr.**
**Tucson, AZ 85743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,329.21** |

**KOMR FM**
**Skyline Dr.**
**Hawthorne, NY 10532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,289.39 |
|------|------|------|------|

**KOOL FM, Phoenix**
840 N. Central Ave.
Phoenix, AZ 85004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,417.00 |
|------|------|------|------|

**KPHO TV Phoenix**
5555 N. 7th Ave.
Phoenix, AZ 85013

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,115.30 |
|------|------|------|------|

**KPNX TV Phoenix**
200 E. Van Buren
Phoenix, AZ 85004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $383.27 |
|------|------|------|------|

**KQMR**
11 Skyline Dr.
Hawthorne, NY 10532

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,069.82 |
|------|------|------|------|

**KQSR FM Yuma**
755 W. 28th St.
Yuma, AZ 85364

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,813.90 |
|------|------|------|------|

**KQST FM Flagstaff**
PO Box 1488
Sedona, AZ 86339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,897.20 |
|------|------|------|------|

**KRDE FM**
PO box 1660
Globe, AZ 85502

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,295.91** |
|---|---|---|---|

**KRFM FM Navajo County**
**1838 W. Commerc Dr., Ste. A**
**Lakeside, AZ 85929**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65.18** |
|---|---|---|---|

**Kristin Altman**
**5101 N. Casa Blanca Dr., #9**
**Paradise Valley, AZ 85253**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,941.75** |
|---|---|---|---|

**KRQQ FM Tucson**
**3202 N. Oracle Rd.**
**Tucson, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,771.04** |
|---|---|---|---|

**KSAZ TV Phoenix**
**5111 W. Adams ST.**
**Phoenix, AZ 85003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,723.90** |
|---|---|---|---|

**KSED FM Flagstaff**
**2409 N 4th St., Ste. 101**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,831.38** |
|---|---|---|---|

**KSLX FM, Phoenix**
**1100 N 52nd St.**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$297.50** |
|---|---|---|---|

**KSWT TV Yuma**
**1965 S. 4th Ave.**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,445.00 |
|---|---|---|---|

**KSZR FM, Tucson**
**575 W. Roger Rd.**
**Tucson, AZ 85705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,173.07 |
|---|---|---|---|

**KTAZ TV Phoenix**
**4625 S. 33rd Pl.**
**Phoenix, AZ 85040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $994.50 |
|---|---|---|---|

**KTGV**
**7280 E. Rosewood St.**
**Tucson, AZ 85710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $550.39 |
|---|---|---|---|

**KTMG**
**116 S. Alto**
**Prescott, AZ 86301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**KTTU TV Tucson**
**7831 N. Business Park Dr.**
**Tucson, AZ 85743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,834.00 |
|---|---|---|---|

**KTVK TV Phoenix**
**5555 N. 7th Ave.**
**Phoenix, AZ 85013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,070.00 |
|---|---|---|---|

**KTVW**
**6006 S. 30th St.**
**Phoenix, AZ 85042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,421.88** |
|---|---|---|---|
| | **KUPD FM, Phoenix**<br>**1900 W. Carmen**<br>**Tempe, AZ 85283** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt  | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,979.75** |
|---|---|---|---|
| | **KUTP TV Phoenix**<br>**5111 W. Adams St.**<br>**Phoenix, AZ 85003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt  | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,927.50** |
|---|---|---|---|
| | **KUVE TV Tucson**<br>**7831 N. Business Park Dr.**<br>**Tucson, AZ 85743** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt  | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,530.00** |
|---|---|---|---|
| | **KVOA TV Tucson**<br>**209 W. Elm St.**<br>**Tucson, AZ 85705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt  | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,597.81** |
|---|---|---|---|
| | **KVVA FM Phoenix**<br>**501 N 44th St., Ste. 125**<br>**Phoenix, AZ 85008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt  | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,631.25** |
|---|---|---|---|
| | **KVYE TV Yuma**<br>**1803 N. Imperial Ave.**<br>**El Centro, CA 92243** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt  | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.96** |
|---|---|---|---|
| | **KWCD**<br>**PO Box 2770**<br>**Sierra Vista, AZ 85636** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade debt  | |
| | **Last 4 digits of account number** _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $772.65 |
|---|---|---|---|

**KWKM FM Showlow**
**1520 B Commerce Dr.**
**Show Low, AZ 85901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $918.00 |
|---|---|---|---|

**KWRQ FM Safford**
**PO Drawer L**
**Safford, AZ 85546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $297.50 |
|---|---|---|---|

**KYMA TV Yuma**
**1965 S. 4th Ave.**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,494.95 |
|---|---|---|---|

**KYOT FM, Phoenix**
**840 N. Central Ave.**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,187.50 |
|---|---|---|---|

**KZLZ FM Tucson**
**2959 Sunstate Plaza, Decorator Square**
**E. Grant Rd.**
**Tucson, AZ 85716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,179.81 |
|---|---|---|---|

**KZON FM Phoenix**
**840 N. Central Ave.**
**Phoenix, AZ 85004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,262.25 |
|---|---|---|---|

**KZUL**
**2068 McCulloch Blvd.**
**Lake Havasu City, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $26,519.47 |
|---|---|---|---|

**KZZP FM, Phoenix**
**4686 E. Van Buren, Ste. 300**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $480.00 |
|---|---|---|---|

**La Voz**
**200 E. Van Buren St.**
**Phoenix, AZ 85004-2238**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $5,025.00 |
|---|---|---|---|

**Lab42, LLC**
**1000 W. Fulton Market**
**Suite 213**
**Chicago, IL 60607**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,250.00 |
|---|---|---|---|

**Lamar of Yuma**
**1277 E. 21st St.**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,700.00 |
|---|---|---|---|

**Lamar Outdoor**
**1661 E. Camelback Rd., Ste. 320**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $295.37 |
|---|---|---|---|

**Maintenance Mart**
**3325 N 17th Ave.**
**Phoenix, AZ 85015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $13.50 |
|---|---|---|---|

**Maricopa County**
**301 W. Jefferson St.**
**Phoenix, AZ 85003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Media credits owed__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Moses, Inc.** | Case number *(if known)* | |
|--------|----------------|--------------------------|--|
| | Name | | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $990.79 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|---------|

**Maricopa County Elections Dept.**
**111 S. Third Ave.**
**Phoenix, AZ 85003**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $836.39 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|---------|

**Maricopa Integrated Health Systems**
**2601 E. Roosevelt St.**
**Phoenix, AZ 85008**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,819.71 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|------------|

**Marketo, Inc.**
**901 Mariners Island Blvd.**
**Ste. 500**
**San Mateo, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $158.96 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|---------|

**Marketo, Inc.**
**901 Mariners Island Blvd.**
**Ste. 500**
**San Mateo, CA 94404**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $550.00 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|---------|

**Myriad Interactive**
**7201 E. Princess Blvd.**
**Scottsdale, AZ 85255**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,368.20 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|------------|

**News America Marketing**
**1185 Avenue of the Americas**
**27th Floor**
**New York, NY 10036**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $95.00 |
|-------|-------------------------------------------------|----------------------------------------------------------------------|--------|

**News Exposure**
**1765 N. Elston Ave., Ste. 207**
**Chicago, IL 60642**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 2:16-bk-09889-BMW    Doc 1    Filed 08/26/16    Entered 08/26/16 16:36:46    Desc
Main Document    Page 36 of 73

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,768.25 |
|---|---|---|---|

**Nielsen Audio Inc.**
85 Broad Street
New York, NY 10004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $805.00 |
|---|---|---|---|

**Northern Arizona Pride Association**
4255 Soliere Ave.
Flagstaff, AZ 86004

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,337.50 |
|---|---|---|---|

**Nucleus Marketing Lab**
11811 N. Tatum Blvd., #1065
Phoenix, AZ 85028

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,003.20 |
|---|---|---|---|

**O'Neil Printing**
366 N 2nd Ave.
Phoenix, AZ 85003

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,955.61 |
|---|---|---|---|

**Outfront Media**
405 Lexington Ave.
New York, NY 10174

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,140.06 |
|---|---|---|---|

**Pandora**
2100 Franklin St., Ste. 700
Oakland, CA 94612

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,497.30 |
|---|---|---|---|

**Performance Designed Products, LLC**
2300 W. Empire Ave., Ste. 600
Burbank, CA 91504

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,140.71 |
|---|---|---|---|

**3.141**

**Nonpriority creditor's name and mailing address**
Peter Piper Pizza
950 W. Behrend Dr., Ste. 102
Phoenix, AZ 85027

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

**$7,140.71**

---

**3.142**

**Nonpriority creditor's name and mailing address**
Provident Life & Accident Insurance
1951 W. Camelback Rd.
Phoenix, AZ 85015

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$436.17**

---

**3.143**

**Nonpriority creditor's name and mailing address**
Regent University
1000 Regent University Dr.
Virginia Beach, VA 23464

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

**$500,057.42**

---

**3.144**

**Nonpriority creditor's name and mailing address**
Republic Services
18534 N. Allied Way
Phoenix, AZ 85054

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$118.34**

---

**3.145**

**Nonpriority creditor's name and mailing address**
Richmond Events, Inc.
1001 Avenue of the Americas
Ste. 1502
New York, NY 10018

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

**3.146**

**Nonpriority creditor's name and mailing address**
Rotary International
One Rotary Center
1560 Sherman Ave.
Evanston, IL 60201-3698

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Media credits owed**

Is the claim subject to offset? ■ No ☐ Yes

**$33.43**

---

**3.147**

**Nonpriority creditor's name and mailing address**
Salesforce.com, Inc.
The Landmark at One Market
Ste. 300
San Francisco, CA 94105

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

**$1,954.80**

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.00 |
|---|---|---|---|

**Snell Ventures**
Coronado, Los Cabos
Baja California SUR  23400

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Media credits owed__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.38 |
|---|---|---|---|

**Solutions Through Higher Education**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Media credits owed__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Sonoran Son's Lawn Service, LLC**
2421 W. Cordia Ln
Phoenix, AZ 85085

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,489.00 |
|---|---|---|---|

**Sparkroom**
115 W. Century Rd.
Ste. 280
Paramus, NJ 07652

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $462.94 |
|---|---|---|---|

**Sprint**
KSOPHT0101-Z4300
6391 Sprint Parkway
Overland Park, KS 66251-4300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Staples**
Dept. 51 - 7811653186
PO Box 78004
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Credit card__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,615.91 |
|---|---|---|---|

**Sticky Fingers Ribhouse**
2675 Paces Ferry Rd., SE
Suite 300
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Media credits owed__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Moses, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,598.89** |
|---|---|---|---|
| | **Strata**<br>**5166 Campus Dr.**<br>**Plymouth Meeting, PA 19462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$576.47** |
|---|---|---|---|
| | **Thyssenkrupp Elevator Corp.**<br>**11605 Haynes Bridge Rd.**<br>**Ste. 650**<br>**Alpharetta, GA 30009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,316.77** |
|---|---|---|---|
| | **Total Dental Administrators**<br>**2111 E. Highland Ave.**<br>**Ste. 250**<br>**Phoenix, AZ 85016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt.__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$73,156.21** |
|---|---|---|---|
| | **Total Traffic, Phoenix**<br>**2302 W. Durango St.**<br>**Phoenix, AZ 85009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,524.97** |
|---|---|---|---|
| | **United Healthcare**<br>**1 E. Washington St., Ste. 1700**<br>**Phoenix, AZ 85004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,317.22** |
|---|---|---|---|
| | **Valley Metro**<br>**101 N. 1st Ave., Ste. 1300**<br>**Phoenix, AZ 85003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Media credits owed__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$147.00** |
|---|---|---|---|
| | **Yellow Leaf Creative**<br>**1521 E. Earl Dr.**<br>**Phoenix, AZ 85014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade debt__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 2:16-bk-09889-BMW    Doc 1    Filed 08/26/16    Entered 08/26/16 16:36:46    Desc
Main Document     Page 40 of 73

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,448.00 |

**Yuma Sun**
**2055 Arizona Ave**
**Yuma, AZ 85364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | **6,230.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **4,694,610.29** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **4,700,840.29** |

Debtor name **Moses, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Office space at 106 E. Buchanan St., Phoenix, AZ 85004** | |
| State the term remaining | **November, 2019** | **Abromovitz Buchanan Properties, LLC** |
| List the contract number of any government contract | | **213 W. Montebello** **Phoenix, AZ 85013** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Copier lease** | |
| State the term remaining | | **EverBank Commercial Finance, Inc.** |
| List the contract number of any government contract | | **PO Box 911608** **Denver, CO 80291-1608** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Office lease at Jackson Street** | |
| State the term remaining | **September 2017** | **Jackson Street, LLC** |
| List the contract number of any government contract | | **4250 N. Drinkwater Blvd., 4th Floor** **Scottsdale, AZ 85251** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Copier maintenance** | |
| State the term remaining | | **Procopy** |
| List the contract number of any government contract | | **1917 E. 5th St.** **Tempe, AZ 85281** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 2:16-bk-09889-BMW    Doc 1    Filed 08/26/16    Entered 08/26/16 16:36:46    Desc
Main Document    Page 42 of 73

Debtor name   **Moses, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Louie Moses** | **106 East Buchanan Street Phoenix, AZ 85004** | **Montecito Ventures, LLC** | ■ D  **2.1**___<br>☐ E/F _____<br>☐ G _____ |

Debtor name **Moses, Inc.**

United States Bankruptcy Court for the: DISTRICT OF ARIZONA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,689,278.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$16,681,436.00** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$6,662,762.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Louie Moses**<br>**106 E. Buchanan Street**<br>**Phoenix, AZ 85004**<br>**Shareholder** | | **$25,000.00** | **Loan repayment** |
| 4.2. **Louie Moses**<br>**106 E. Buchanan Street**<br>**Phoenix, AZ 85004**<br>**Shareholder** | | **$87,118.74** | **Payment to IRS for<br>flow-through income** |
| 4.3. **Louie Moses**<br>**106 E. Buchanan Street**<br>**Phoenix, AZ 85004**<br>**Shareholder** | | **$22,286.00** | **Payment of life insurance<br>premium pursuant to<br>employment contract.** |
| 4.4. **Louie Moses**<br>**106 E. Buchanan Street**<br>**Phoenix, AZ 85004**<br>**Shareholder** | | **$20,460.00** | **Payment of medical insurance<br>pursuant to employment<br>contract.** |
| 4.5. **Louie Moses**<br>**106 E. Buchanan St.**<br>**Phoenix, AZ 85004**<br>**Shareholder** | | **$1,599.29** | **Payment of disability insurance<br>premiums pursuant to<br>employment contract.** |
| 4.6. **BMO Harris Bank**<br>**310 West Walnut Street**<br>**Green Bay, WI 54303** | | **$0.00** | **See No. 6 of this section** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|
| **BMO Harris Bank**<br>**310 West Walnut Street**<br>**Green Bay, WI 54303** | **Non-consensual, forced repayment of line<br>of credit**<br>Last 4 digits of account number: _____ | | **$501,733.26** |

**Part 3:**　**Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Case 2:16-bk-09889-BMW　　Doc 1　　Filed 08/26/16　　Entered 08/26/16 16:36:46　　Desc
Main Document　　Page 45 of 73

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<table><tr><td><b>Part 4:</b></td><td><b>Certain Gifts and Charitable Contributions</b></td></tr></table>

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<table><tr><td><b>Part 5:</b></td><td><b>Certain Losses</b></td></tr></table>

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

<table><tr><td><b>Part 6:</b></td><td><b>Certain Payments or Transfers</b></td></tr></table>

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Osborn Maledon PA**<br>**2929 N. Central Avenue**<br>**Phoenix, AZ 85012** | Legal fees | | **$10,000.00** |
| | Email or website address | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Stinson Leonard Street LLP**<br>**1850 N Central Ave #2100**<br>**Phoenix, AZ 85004-4584** | **Legal fees** | | **$103,265.50** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Jodi Elle**<br>**1950 E. Los Alamos**<br>**Gilbert, AZ 85296** | **Earned bonus - offset against accrued PTO** | | **$10,000.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.2. | **Chris Fiscus**<br>**5526 S. Jolly Roger**<br>**Tempe, AZ 85283** | **Earned bonus - offset against accrued PTO** | | **$10,000.00** |
| | **Relationship to debtor**<br>**Employee** | | | |
| 13.3. | **Tom Guilfoy**<br>**106 East Buchanan Street**<br>**Phoenix, AZ 85004** | **Earned bonus** | | **$10,000.00** |
| | **Relationship to debtor**<br>**Employee** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Debtor | Moses, Inc. | Case number *(if known)* | |
|---|---|---|---|

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **20 West Jackson Street Phoenix, AZ 85003** | **2001 - 2016** |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

■ No Go to Part 10.
☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

---

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Tucson Electric Power**<br>**88 E. Broadway Blvd.**<br>**Mailstop HQE704**<br>**Tucson, AZ 85701** | **Operating Account** | **Unearned revenue deposit** | **$30,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Valley Metro**<br>**101 N. 1st Ave., Ste. 1300**<br>**Phoenix, AZ 85003** | **Operating Account** | **Unearned revenue deposit** | **$23,484.13** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Friends of Public Radio Arizona**<br>**2323 W. 14th St.**<br>**Tempe, AZ 85281** | **Operating account** | **Unearned revenue deposit** | **$0.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **EMC Research**<br>**720 Third Ave., Ste. 1110**<br>**Seattle, WA 98104** | **Operating Account** | **Unearned revenue deposit** | **$12,500.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Universal Technical Institute**<br>**16220 N. Scottsdale Rd., Ste. 100**<br>**Scottsdale, AZ 85254** | **Operating Account** | **Unearned revenue deposit** | **$15,000.00** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Association of Partners for Public Lands**<br>**4301 Connecticut Ave., NW, Suite 160**<br>**Washington, DC 20008** | **Operating Account** | **Unearned revenue deposit** | **$3,000.00** |

---

**Part 12:**  Details About Environment Information

---

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.

☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **REDW LLC** **5353 N 16th St #200** **Phoenix, AZ 85016** | **2015 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **REDW - Steve Schwartz** **5353 N. 16th St., Ste. 200** **Phoenix, AZ 85016** | **2015 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **BMO Harris Bank**<br>**310 West Walnut Street**<br>**Green Bay, WI 54303** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Louie Moses** | **106 E. Buchanan St.**<br>**Phoenix, AZ 85004** | **President/Shareholder** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.    **Louie Moses**<br>**106 E. Buchanan St.**<br>**Phoenix, AZ 85004** | **$308,333.32** | | **Salary** |
| **Relationship to debtor**<br>**President/Shareholder** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 26, 2016**

**/s/ Tom Guilfoy**                                          **Tom Guilfoy**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of Arizona

In re   **Moses, Inc.**      Case No. _____

                                                 Debtor(s)      Chapter      **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **0.00** |
   | Prior to the filing of this statement I have received | $ | **0.00** |
   | Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **August 26, 2016** | **/s/ Christopher C Simpson** |
| *Date* | **Christopher C Simpson** |
| | *Signature of Attorney* |
| | **Stinson Leonard Street LLP** |
| | **1850 N Central Ave #2100** |
| | **Phoenix, AZ 85004-4584** |
| | **602-279-1600  Fax: 602-240-6925** |
| | **anne.finch@stinsonleonard.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## District of Arizona

In re    **Moses, Inc.**                                  Case No. _____

                                   Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Louie Moses**<br>**106 E. Buchanan St.**<br>**Phoenix, AZ 85004** | | **20000** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 26, 2016**                            Signature   **/s/ Tom Guilfoy**

                                                             **Tom Guilfoy**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Arizona

In re    **Moses, Inc.**          Case No.

                               Debtor(s)     Chapter    **11**

# DECLARATION

I, the Chief Restructuring Officer of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __16__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date:    **August 26, 2016**           **/s/ Tom Guilfoy**

                                       **Tom Guilfoy/Chief Restructuring Officer**
                                       Signer/Title

Date:    **August 26, 2016**           **/s/ Christopher C Simpson**

                                       Signature of Attorney
                                       **Christopher C Simpson**
                                       **Stinson Leonard Street LLP**
                                       **1850 N Central Ave #2100**
                                       **Phoenix, AZ 85004-4584**
                                       **602-279-1600   Fax: 602-240-6925**

MML-5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Moses, Inc. -

ABROMOVITZ BUCHANAN PROPERTIES, LLC
213 W. MONTEBELLO
PHOENIX AZ 85013

ADSWERVE
10875 DOVER ST., #900
WESTMINSTER CO 80021

ADVANTAGE PEST CONTROL
1475 E. BRUCE AVE
GILBERT AZ 85234

ADVISION OUTDOORS
1120 N. ANITA AVE.
TUCSON AZ 85705

AFFINIO, INC.
60C OTTER LAKE COURT, BAYERS LAKE
HALIFAX, NOVA SCOTIA B3S 1L9

ALL POINTS MEDIA
10140 SW ALLEN BLVD., STE. A
BEAVERTON OR 97005

ALPHAMEDIA
4144 N. CENTRAL EXPRESSWAY, #600
DALLAS TX 75204

AMERICAN EXPRESS
200 VESEY ST.
NEW YORK NY 10007

AMERICAN OUTDOOR
1702 E. HIGHLAND AVE., #304
PHOENIX AZ 85016

AMERICOPY
856 E. MAIN ST.
MESA AZ 85203

AQUA CHILL, INC. 4
1320 S. PRIEST DR.
STE. 106
TEMPE AZ 85281

Moses, Inc. -

ARIZONA ASSOC. OF REALTORS
255 E. OSBORN RD., #200
PHOENIX AZ 85012

ARIZONA DEPT OF TRANSPORTATION
PO BOX 2100
MD 555M
PHOENIX AZ 85001

ARIZONA DEPT. OF EDUCATION
3300 N. CENTRAL AVE.
PHOENIX AZ 85012

ARIZONA DEPT. OF HEALTH SERVICES
150 N. 18TH AVENUE
PHOENIX AZ 85007

ARIZONA DEPT. OF HEALTH SERVICES - HPV
150 N. 18TH AVENUE
PHOENIX AZ 85007

ARIZONA GRAND
8000 S. ARIZONA GRAND PKWY.
PHOENIX AZ 85044

ARIZONA INFORMANT
1301 E. WASHINGTON ST.
PHOENIX AZ 85034

ARIZONA OFFICE OF TOURISM
1110 W. WASHINGTON ST., #155
PHOENIX AZ 85007

ARIZONA READY
500 C ST., SW
SUITE 714
WASHINGTON DC 20472

ARIZONA SECRETARY OF STATE
1700 W. WASHINGTON ST., FL. 7
PHOENIX AZ 85007-2808

Moses, Inc. -


AT&T MOBILITY
11760 US HIGHWAY 1
STE. 600
NORTH PALM BEACH FL 33408


AUDIO ENGINE
6500 RIVER PLACE BLVD., STE. 250
AUSTIN TX 78730


BANK OF AMERICA
BUSINESS CARD
PO BOX 851001
DALLAS TX 75285-1001


BARCLAYS MASTERCARD
Acct No xxxx-xxxx-xxxx-0386
PO BOX 8801
WILMINGTON DE 19899-8801


BEAR STREET STUDIOS
9417 CARTERSVILLE CT.
RALEIGH NC 27617


BECKER BOARDS
4350 E. CAMELBACK RD., #B-195
PHOENIX AZ 85018


BOOMPROMO
1001 E. WARNER RD.
TEMPE AZ 85284


CARD SERVICES/US AIRWAYS
PO BOX 60517
CITY OF INDUSTRY CA 91716-0517


CENPATICO
1501 W. FOUNTAINHEAD PKWY., #360
TEMPE AZ 85282


CENTRAL ARIZONA DENTAL SOCIETY
2300 N. CENTRAL AVE.
PHOENIX AZ 85012

Moses, Inc. -

CHASE
PO BOX 94014
PALATINE IL 60094-4014

CHRIS FISCUS
5526 S. JOLLY ROGER
TEMPE AZ 85283

CITIZENS CLEAN ELECTIONS COMMISSION
1616 W. ADAMS ST., #110
PHOENIX AZ 85007

CITY OF PHOENIX

CLEAR CHANNEL OUTDOOR PHOENIX
2325 E. CAMELBACK RD., #400
PHOENIX AZ 85016

CLOUD SOFTWARE, LLC
1155 W. RIO SALADO PKWY
STE. 104
TEMPE AZ 85281

COLLEGE TIMES
1620 W. FOUNTAINHEAD PKWY, #219
TEMPE AZ 85282

COPPERPOINT MUTUAL INSURANCE COMPANY
3030 N. 3RD ST.
PHOENIX AZ 85012

COX COMMUNICATIONS PHOENIX
PO BOX 53249
PHOENIX AZ 85072-3249

CREATIVE CIRCLE, LLC
1 E. WASHINGTON
STE. 500
PHOENIX AZ 85004

DEL OUTDOOR ADVERTISING
1702 S. ARIZONA AVE.
YUMA AZ 85364

Moses, Inc. -

DOUBLE POSITIVE MARKETING GROUP
1111 LIGHT ST.
STE. 350
BALTIMORE MD 21230


EBERLE DESIGN, INC.
3510 E. ATLANTA AVE.
PHOENIX AZ 85040


EDWARD THOMAS HOSPITALITY GROUP
9950 SANTA MONICA BLVD.
BEVERLY HILLS CA 90212


EVERBANK COMMERCIAL FINANCE, INC.
PO BOX 911608
DENVER CO 80291-1608


EXTREME REACH
75 2ND AVE., STE. 720
NEEDHAM HEIGHTS MA 02494


FEDEX
7900 LEGACY DR.
PLANO TX 75024


FIRST THINGS FIRST
4000 N. CENTRAL AVE., #800
PHOENIX AZ 85012


GILA RIVER DISPLAYS
5350 N. 48TH ST., #210
CHANDLER AZ 85226


GOOGLE, INC.
1600 AMPHITHEATRE PKWY
MOUNTAIN VIEW CA 94043


GRAND CANYON UNIVERSITY
3300 W. CAMELBACK RD.
PHOENIX AZ 85017


GRINDR, LLC
RED BUILDING, SUITE R1400
WEST HOLLYWOOD CA 90069

Moses, Inc. -

HUDDLED MASSES, LLC
79 MADISON AVE., 2ND FLOOR
NEW YORK NY 10016


INSTEP MARKETING, INC.
32 BROADWAY
NEW YORK NY 10004


JACKSON STREET, LLC
4250 N. DRINKWATER BLVD., 4TH FLOOR
SCOTTSDALE AZ 85251


JODI ELLE
1950 E. LOS ALAMOS
GILBERT AZ 85296


JONES OUTDOOR ADVERTISING
10657 E. NOGALES
TUCSON AZ 85747


KAFF FM
1117 W. ROUTE 66
FLAGSTAFF AZ 86001


KASW CW6 PHOENIX
5555 N. 7TH AVE.
PHOENIX AZ 85013


KCEC FM YUMA
1440 E. WASHINGTON ST.
PHOENIX AZ 85034


KCMT FM TUCSON
3871 N. COMMERCE DR.
TUCSON AZ 85705


KECY/NECY TV
1965 S. 4TH AVE.
YUMA AZ 85364


KESE TV
1965 S. 4TH AVE.
YUMA AZ 85364

Moses, Inc. -


KESZ FM PHOENIX
4686 E. VANBUREN
PHOENIX AZ 85008


KFMA FM PHOENIX
3871 N. COMMERCE DR.
TUCSON AZ 85705


KFSZ FM
1117 W. ROUTE 66
FLAGSTAFF AZ 86001


KFYI AM, PHOENIX
4686 E. VAN BUREN
PHOENIX AZ 85008


KGUN TV TUCSON
7280 E. ROSEWOOD ST.
TUCSON AZ 85710


KHOT FM
3102 OAK LAWN AVE., STE. 215
DALLAS TX 75219


KHRR TV TUCSON
5151 E. BROADWAY BLVD., STE. 650
TUCSON AZ 85711-3783


KIIM FM
575 W. ROGER RD.
TUCSON AZ 85705


KKFR FM PHOENIX
4745 N. 7TH ST., STE. 410
CENTERVILLE UT 84014


KLIMATE KING
11713 W. THUNDERBIRD RD.
EL MIRAGE AZ 85335


KLJZ FM YUMA
949 S. AVENUE B
YUMA AZ 85364

Moses, Inc. -

KLNZ FM PHOENIX
501 N 44TH ST., STE. 125
PHOENIX AZ 85008


KMGN FM FLAGSTAFF
1117 W. ROUTE 66
FLAGSTAFF AZ 86001


KMIY
3202 N. ORACLE RD.
TUCSON AZ 85705


KMLE FM, PHOENIX
840 N. CENTRAL AVE.
PHOENIX AZ 85004


KMSB TV TUCSON
7831 N. BUSINESS PARK DR.
TUCSON AZ 85743


KMVA FM ONLINE
4745 N. 7TH ST., STE. 410
PHOENIX AZ 85014


KMXP FM PHOENIX
4686 E. VAN BUREN
PHOENIX AZ 85008


KMXZ FM TUCSON
7280 E. ROSEWOOD ST.
TUCSON AZ 85710


KNIX FM, PHOENIX
4686 E. VAN BUREN, #300
PHOENIX AZ 85008


KNXV TV PHOENIX
515 N 44TH ST.
PHOENIX AZ 85008


KOFH FM
934 N. BEJARANO ST.
NOGALES AZ 85621

Moses, Inc. -

KOHT FM TUCSON
3202 N. ORACLE RD.
TUCSON AZ 85705


KOLD TUCSON
7831 N. BUSINESS PARK DR.
TUCSON AZ 85743


KOMR FM
SKYLINE DR.
HAWTHORNE NY 10532


KOOL FM, PHOENIX
840 N. CENTRAL AVE.
PHOENIX AZ 85004


KPHO TV PHOENIX
5555 N. 7TH AVE.
PHOENIX AZ 85013


KPNX TV PHOENIX
200 E. VAN BUREN
PHOENIX AZ 85004


KQMR
11 SKYLINE DR.
HAWTHORNE NY 10532


KQSR FM YUMA
755 W. 28TH ST.
YUMA AZ 85364


KQST FM FLAGSTAFF
PO BOX 1488
SEDONA AZ 86339


KRDE FM
PO BOX 1660
GLOBE AZ 85502


KRFM FM NAVAJO COUNTY
1838 W. COMMERC DR., STE. A
LAKESIDE AZ 85929

Moses, Inc. -

KRISTIN ALTMAN
5101 N. CASA BLANCA DR., #9
PARADISE VALLEY AZ 85253

KRQQ FM TUCSON
3202 N. ORACLE RD.
TUCSON AZ 85705

KSAZ TV PHOENIX
5111 W. ADAMS ST.
PHOENIX AZ 85003

KSED FM FLAGSTAFF
2409 N 4TH ST., STE. 101
FLAGSTAFF AZ 86004

KSLX FM, PHOENIX
1100 N 52ND ST.
PHOENIX AZ 85008

KSWT TV YUMA
1965 S. 4TH AVE.
YUMA AZ 85364

KSZR FM, TUCSON
575 W. ROGER RD.
TUCSON AZ 85705

KTAZ TV PHOENIX
4625 S. 33RD PL.
PHOENIX AZ 85040

KTGV
7280 E. ROSEWOOD ST.
TUCSON AZ 85710

KTMG
116 S. ALTO
PRESCOTT AZ 86301

KTTU TV TUCSON
7831 N. BUSINESS PARK DR.
TUCSON AZ 85743

Moses, Inc. -


KTVK TV PHOENIX
5555 N. 7TH AVE.
PHOENIX AZ 85013


KTVW
6006 S. 30TH ST.
PHOENIX AZ 85042


KUPD FM, PHOENIX
1900 W. CARMEN
TEMPE AZ 85283


KUTP TV PHOENIX
5111 W. ADAMS ST.
PHOENIX AZ 85003


KUVE TV TUCSON
7831 N. BUSINESS PARK DR.
TUCSON AZ 85743


KVOA TV TUCSON
209 W. ELM ST.
TUCSON AZ 85705


KVVA FM PHOENIX
501 N 44TH ST., STE. 125
PHOENIX AZ 85008


KVYE TV YUMA
1803 N. IMPERIAL AVE.
EL CENTRO CA 92243


KWCD
PO BOX 2770
SIERRA VISTA AZ 85636


KWKM FM SHOWLOW
1520 B COMMERCE DR.
SHOW LOW AZ 85901


KWRQ FM SAFFORD
PO DRAWER L
SAFFORD AZ 85546

Moses, Inc. -

KYMA TV YUMA
1965 S. 4TH AVE.
YUMA AZ 85364


KYOT FM, PHOENIX
840 N. CENTRAL AVE.
PHOENIX AZ 85004


KZLZ FM TUCSON
2959 SUNSTATE PLAZA, DECORATOR SQUARE
E. GRANT RD.
TUCSON AZ 85716


KZON FM PHOENIX
840 N. CENTRAL AVE.
PHOENIX AZ 85004


KZUL
2068 MCCULLOCH BLVD.
LAKE HAVASU CITY AZ 86403


KZZP FM, PHOENIX
4686 E. VAN BUREN, STE. 300
PHOENIX AZ 85008


LA VOZ
200 E. VAN BUREN ST.
PHOENIX AZ 85004-2238


LAB42, LLC
1000 W. FULTON MARKET
SUITE 213
CHICAGO IL 60607


LAMAR OF YUMA
1277 E. 21ST ST.
YUMA AZ 85365


LAMAR OUTDOOR
1661 E. CAMELBACK RD., STE. 320
PHOENIX AZ 85016


LOUIE MOSES
106 EAST BUCHANAN STREET
PHOENIX AZ 85004

Moses, Inc. -

MAINTENANCE MART
3325 N 17TH AVE.
PHOENIX AZ 85015


MARICOPA COUNTY
301 W. JEFFERSON ST.
PHOENIX AZ 85003


MARICOPA COUNTY ELECTIONS DEPT.
111 S. THIRD AVE.
PHOENIX AZ 85003


MARICOPA INTEGRATED HEALTH SYSTEMS
2601 E. ROOSEVELT ST.
PHOENIX AZ 85008


MARKETO, INC.
901 MARINERS ISLAND BLVD.
STE. 500
SAN MATEO CA 94404


MONTECITO VENTURES, LLC
6030 E. CALLE CAMELIA
SCOTTSDALE AZ 85251


MYRIAD INTERACTIVE
7201 E. PRINCESS BLVD.
SCOTTSDALE AZ 85255


NEWS AMERICA MARKETING
1185 AVENUE OF THE AMERICAS
27TH FLOOR
NEW YORK NY 10036


NEWS EXPOSURE
1765 N. ELSTON AVE., STE. 207
CHICAGO IL 60642


NIELSEN AUDIO INC.
85 BROAD STREET
NEW YORK NY 10004


NORTHERN ARIZONA PRIDE ASSOCIATION
4255 SOLIERE AVE.
FLAGSTAFF AZ 86004

Moses, Inc. -

NUCLEUS MARKETING LAB
11811 N. TATUM BLVD., #1065
PHOENIX AZ 85028


O'NEIL PRINTING
366 N 2ND AVE.
PHOENIX AZ 85003


OUTFRONT MEDIA
405 LEXINGTON AVE.
NEW YORK NY 10174


PANDORA
2100 FRANKLIN ST., STE. 700
OAKLAND CA 94612


PERFORMANCE DESIGNED PRODUCTS, LLC
2300 W. EMPIRE AVE., STE. 600
BURBANK CA 91504


PETER PIPER PIZZA
950 W. BEHREND DR., STE. 102
PHOENIX AZ 85027


PROCOPY
1917 E. 5TH ST.
TEMPE AZ 85281


PROVIDENT LIFE & ACCIDENT INSURANCE
1951 W. CAMELBACK RD.
PHOENIX AZ 85015


REGENT UNIVERSITY
1000 REGENT UNIVERSITY DR.
VIRGINIA BEACH VA 23464


REPUBLIC SERVICES
18534 N. ALLIED WAY
PHOENIX AZ 85054


RICHMOND EVENTS, INC.
1001 AVENUE OF THE AMERICAS
STE. 1502
NEW YORK NY 10018

Moses, Inc. -


ROTARY INTERNATIONAL
ONE ROTARY CENTER
1560 SHERMAN AVE.
EVANSTON IL 60201-3698


SALESFORCE.COM, INC.
THE LANDMARK AT ONE MARKET
STE. 300
SAN FRANCISCO CA 94105


SNELL VENTURES
CORONADO, LOS CABOS
BAJA CALIFORNIA SUR 23400


SOLUTIONS THROUGH HIGHER EDUCATION


SONORAN SON'S LAWN SERVICE, LLC
2421 W. CORDIA LN
PHOENIX AZ 85085


SPARKROOM
115 W. CENTURY RD.
STE. 280
PARAMUS NJ 07652


SPRINT
KSOPHT0101-Z4300
6391 SPRINT PARKWAY
OVERLAND PARK KS 66251-4300


STAPLES
DEPT. 51 - 7811653186
PO BOX 78004
PHOENIX AZ 85062


STICKY FINGERS RIBHOUSE
2675 PACES FERRY RD., SE
SUITE 300
ATLANTA GA 30339


STRATA
5166 CAMPUS DR.
PLYMOUTH MEETING PA 19462

Moses, Inc. -


THYSSENKRUPP ELEVATOR CORP.
11605 HAYNES BRIDGE RD.
STE. 650
ALPHARETTA GA 30009


TOTAL DENTAL ADMINISTRATORS
2111 E. HIGHLAND AVE.
STE. 250
PHOENIX AZ 85016


TOTAL TRAFFIC, PHOENIX
2302 W. DURANGO ST.
PHOENIX AZ 85009


UNITED HEALTHCARE
1 E. WASHINGTON ST., STE. 1700
PHOENIX AZ 85004


VALLEY METRO
101 N. 1ST AVE., STE. 1300
PHOENIX AZ 85003


YELLOW LEAF CREATIVE
1521 E. EARL DR.
PHOENIX AZ 85014


YUMA SUN
2055 ARIZONA AVE
YUMA AZ 85364

# United States Bankruptcy Court
## District of Arizona

In re   **Moses, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Moses, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 26, 2016**

Date

**/s/ Christopher C Simpson**

**Christopher C Simpson**

Signature of Attorney or Litigant

Counsel for   **Moses, Inc.**

**Stinson Leonard Street LLP**

**1850 N Central Ave #2100**
**Phoenix, AZ 85004-4584**
**602-279-1600 Fax:602-240-6925**
**anne.finch@stinsonleonard.com**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy